```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSUÉ PAGUADA, *on behalf of himself and all other persons similarly situated*,

                            Plaintiffs,

v.

UNEQUAL TECHNOLOGIES COMPANY,

                            Defendant.

21-CV-360 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      This case has been assigned to me for all purposes. It is hereby:

      ORDERED that, within thirty (30) days of service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

      IT IS FURTHER ORDERED that within fifteen (15) additional days (i.e., within forty-five (45) days of service of the summons and complaint), the parties must submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter.

SO ORDERED.

Dated:    January 22, 2021
             New York, New York

                                                       Ronnie Abrams
                                                       United States District Judge