UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CARLOS GONZALEZ,

                         Plaintiff,                       **ORDER**

      -against-                                    20-cv-360 (AEK)

MIDDLETOWN WALMART SUPERCENTER
STORE #1959, *et al.*,

                         Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       This case is now scheduled to proceed to trial, beginning with jury selection on **Tuesday, May 3, 2022**.  This is a firm trial date.  As discussed at the status conference on January 25, 2022, all pretrial submissions, including any motions *in limine*, are due on April 1, 2022.  The parties should review the Court's Individual Practices at https://nysd.uscourts.gov/hon-andrew-e-krause for more information on the required pretrial submissions.  Responses to any motions *in limine* are due on April 15, 2022.  An in-person pretrial conference is scheduled for Wednesday, April 27, 2022 at 10:00 a.m., in Courtroom 250, at the Hon. Charles L. Brieant Federal Building and Courthouse, 300 Quarropas Street, White Plains, NY 10601.

       All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire before being allowed entry into that courthouse.  On the day you are to arrive at the courthouse, click on the following link: https://app.certify.me/SDNYPublic.  Follow the instructions and fill out the questionnaire.  If your answers meet the requirements for entry, you will be sent a QR code to be used at the entry

device at the courthouse entrance.  If you do not meet the necessary requirements, please contact Chambers at (914) 390-4070.

Dated: March 1, 2022
      White Plains, New York

                                        **SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge